# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2679
L.T. Case No. 2017-CA-000689

———————————————

WILLIAM HEFLEY,

Appellant,

v.

CHRISTOPHER HOLMQUIST and
AIMEE HEFLEY,

Appellees.

———————————————

Nonfinal appeal from the Circuit Court for Seminole County.
Donna Goerner, Judge.

William Hefley, Lake Mary, pro se.

Michael M. Brownlee, of The Brownlee Law Firm, P.A.,
Orlando, for Appellee, Christopher Holmquist.

No Appearance of Appellee, Aimee Hefley.

December 23, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, LAMBERT, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____